**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **F. W.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:25-CV-708-O-BR** |
| | § | |
| **COMMISSIONER, SOCIAL** | § | |
| **SECURITY ADMINISTRATION,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiff filed a timely objection, and the Magistrate Judge's Recommendation is now ripe for review. The Chief District Judge reviewed the proposed Findings, Conclusions, and Recommendation de novo. Finding none, the undersigned Chief District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the decision of the Commissioner is VACATED and this case is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. Judgment will be entered accordingly.

**SO ORDERED** on this **15th day** of **July 2026**.

_Reed O'Connor_
**CHIEF UNITED STATES DISTRICT JUDGE**